UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:10-61532-CIV (Cohn/Seltzer)

HABERSHAM PLANTATION )
CORPORATION AND HABERSHAM )
INVESTMENT PARTNERSHIP, L.P., )
                              )
    Plaintiff, )
                              )
v. )
                              )
ART & FRAME DIRECT, INC., WORLD OF )
DÉCOR, INC., THE LIQUIDATION )
STATION, INC., GLOBAL IMPORTING, )
INC., WORLD OF DÉCOR BLUE HERON, )
LLC, CLOSING FOREVER, LLC, )
DECORATOR'S RESERVE, INC., ART & )
FRAME DIRECT/TIMELESS INDUSTRIES, )
INC. AND WORLD OF DÉCOR, INC., )
                              )
    Defendants. )

**DEFENDANTS MOTION TO FILE UNDER SEAL THEIR MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND THEIR STATEMENT OF MATERIAL FACTS**

Defendants Art & Frame Direct, Inc., World Of Décor, Inc., The Liquidation Station, Inc., Global Importing, Inc., World Of Décor Blue Heron, LLC, Closing Forever, LLC, Decorator's Reserve, Inc., Art & Frame Direct/Timeless Industries, Inc., and World Of Décor, Inc., (collectively herein as "Art & Frame"), pursuant to Local Rule 5.4, hereby submit this motion to file under seal the following documents and shows as follows:

- Defendants' Memorandum Of Law In Support Of Their Motion For Summary Judgment; and

- Defendants' Statement Of Material Facts.

1.    Defendants' Memorandum In Support Of Their Motion For Summary Judgment and Defendants Statement Of Material Facts both reference and discuss information and

1

documents that, pursuant to the Joint Stipulated Protective Order entered by this Court (Docket No. 43), were designated as CONFIDENTIAL, CONFIDENTIAL – ATTORNEY'S EYES ONLY, or with a similar designation clearly indicating that the materials were not intended for public view.

2.  The parties have agreed pursuant to the provisions of the Joint Stipulated Protective Order (Docket No. 43) to keep such information and documents confidential. For this reason, this Court should depart from the General Policy of public filings outlined in Local Rule 5.4(a).

3.  In accordance with the Local Rule 5.4(b)(1), Art & Frame has delivered to the Clerk's Office an original and one (1) copy of each of the foregoing documents in a plain envelope clearly marked as "sealed document" with the case number and style of the action noted on the outside.

4.  This motion is accompanied by a completed sealed document tracking form.

5.  Art & Frame respectfully requests that the foregoing documents be maintained under seal by the Clerk's Office until the conclusion of this action on direct appeal. Upon the expiration of the time specific in the Court's sealing order, Art & Frame requests that the Clerk destroy these documents.

WHEREFORE, Defendants Art & Frame Direct, Inc., World Of Décor, Inc., The Liquidation Station, Inc., Global Importing, Inc., World Of Décor Blue Heron, LLC, Closing Forever, LLC, Decorator's Reserve, Inc., Art & Frame Direct/Timeless Industries, Inc., and World Of Décor, Inc. respectfully request that this Court grant Defendants' Motion To File Under Seal Their Memorandum Of Law In Support Of Their Motion For Summary Judgment

And Their Statement Of Material Facts and for such other and further relief as this Court deems just and proper.

Dated:  July 7, 2011 				Respectfully submitted,

*/s/ Keith D. Munson*
Keith D. Munson (Florida Bar No. 935920)
Email: kmunson@wcsr.com
WOMBLE CARLYLE SANDRIDGE & RICE
*A Professional Limited Liability Company*
550 S. Main Street, Suite 400
Greenville, SC 29601
Phone: (864) 255-5400
Facsimile: (864) 239-5480
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 7, 2011, I electronically filed the foregoing document with the Clerk of Court using the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record listed on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By:     */s/ Keith D. Munson*
Keith D. Munson (Florida Bar No. 935920)
Email: kmunson@wcsr.com
WOMBLE CARLYLE SANDRIDGE & RICE
*A Professional Limited Liability Company*
550 S. Main Street, Suite 400
Greenville, SC 29601
Phone: (864) 255-5400
Facsimile: (864) 239-5480
*Attorney for Defendants*

SERVICE LIST
HABERSHAM PLANTATION CORPORATION, ET AL
v. ART & FRAME DIRECT, INC., ET AL
Case No. 10-61532-Civ (COHN/SELTZER)
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Marlene Silverman, Esq. | Richard D. Harris, Esq. |
| silvermanm@gtlaw.com | harrisr@gtlaw.com |
| GREENBERG TRAURIG, LLP | Kevin J. O'Shea, Esq. |
| 1221 Brickell Avenue | osheak@gtlaw.com |
| Miami, FL 33131 | Cameron M. Nelson, Esq. |
| Telephone: (305) 579-0619 | nelsonc@gtlaw.com |
| Facsimile: (305) 579-0717 | David W. Hannon, Esq. |
| Attorney for Plaintiffs | hannond@gtlaw.com |
| | GREENBERG TRAURIG, LLP |
| **Served via CM/ECF** | 77 West Wacker Drive, Suite 3100 |
| | Chicago, IL 60601 |
| | Telephone: (312) 456-8400 |
| | Facsimile: (312) 456-8435 |
| | Attorneys for Plaintiffs |
| | |
| | **Served via CM/ECF** |

2