**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:10-61532-CIV (Cohn/Seltzer)**

| | |
|---|---|
| HABERSHAM PLANTATION | ) |
| CORPORATION AND HABERSHAM | ) |
| INVESTMENT PARTNERSHIP, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ART & FRAME DIRECT, INC., WORLD OF | ) |
| DÉCOR, INC., THE LIQUIDATION | ) |
| STATION, INC., GLOBAL IMPORTING, | ) |
| INC., WORLD OF DÉCOR BLUE HERON, | ) |
| LLC, CLOSING FOREVER, LLC, | ) |
| DECORATOR'S RESERVE, INC., ART & | ) |
| FRAME DIRECT/TIMELESS INDUSTRIES, | ) |
| INC. AND WORLD OF DÉCOR, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING UNDER SEAL**

Defendants Art & Frame Direct, Inc., World Of Décor, Inc., The Liquidation Station, Inc., Global Importing, Inc., World Of Décor Blue Heron, LLC, Closing Forever, LLC, Decorator's Reserve, Inc., Art & Frame Direct/Timeless Industries, Inc., and World Of Décor, Inc., (collectively herein as "Art & Frame") hereby give notice of the filing of the following documents under seal:

- Defendants' Memorandum Of Law In Support Of Their Motion For Summary Judgment; and

- Defendants' Statement Of Material Facts.

1

Dated:  July 7, 2011                                Respectfully submitted,

                                                   */s/ Keith D. Munson*
                                                   Keith D. Munson (Florida Bar No. 935920)
                                                   Email: kmunson@wcsr.com
                                                   WOMBLE CARLYLE SANDRIDGE & RICE
                                                   *A Professional Limited Liability Company*
                                                   550 S. Main Street, Suite 400
                                                   Greenville, SC 29601
                                                   Phone: (864) 255-5400
                                                   Facsimile: (864) 239-5480
                                                   *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I I HEREBY CERTIFY that on July 7, 2011, I electronically filed the foregoing document with the Clerk of Court using the Court CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record listed on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By:    _/s/ Keith D. Munson_

Keith D. Munson (Florida Bar No. 935920)
Email: kmunson@wcsr.com
WOMBLE CARLYLE SANDRIDGE & RICE
_A Professional Limited Liability Company_
550 S. Main Street, Suite 400
Greenville, SC 29601
Phone: (864) 255-5400
Facsimile: (864) 239-5480
_Attorney for Defendants_

1

**SERVICE LIST**
**HABERSHAM PLANTATION CORPORATION, ET AL**
**v. ART & FRAME DIRECT, INC., ET AL**
**Case No. 10-61532-Civ (COHN/SELTZER)**
**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

Marlene Silverman, Esq.
silvermanm@gtlaw.com
GREENBERG TRAURIG, LLP
1221 Brickell Avenue
Miami, FL 33131
Telephone:    (305) 579-0619
Facsimile:    (305) 579-0717
Attorney for Plaintiffs

**Served via CM/ECF**

Richard D. Harris, Esq.
harrisr@gtlaw.com
Kevin J. O'Shea, Esq.
osheak@gtlaw.com
Cameron M. Nelson, Esq.
nelsonc@gtlaw.com
David W. Hannon, Esq.
hannond@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone:    (312) 456-8400
Facsimile:    (312) 456-8435
Attorneys for Plaintiffs

**Served via CM/ECF**

2