11:15a - 12:11 pm

CIVIL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE JAMES I. COHN

==========================================================

CASE NO. 10-61532                           DATE 9/8/11

CLERK Valerie Thompkins / Phil Rothschild   REPORTER Robin Dispenzieri

TITLE OF CASE: Habersham v. Art Fine + Direct et al

P. ATTORNEY (S) Richard Hare, Cameron O Nelson

D. ATTORNEY (S) Robert Mason, Keith Munson, Jacob Wharton

TYPE OF HEARING Calendar Call / Pretrial Conference

RESULT OF HEARING Argument on Motions to Strike Experts.
Defendants Motion to Exclude Expert Michal Pakter [DE 65] — Denied
Plaintiffs' Motion to Exclude Expert Bokhart — [DE 100] — Granted in part as stated on record
Plaintiffs' Motion to Exclude Expert Wallace Epperson [DE 98] — Deny
Plaintiffs' Motion to Exclude Sherwood Robertson [DE 94] — Defer Ruling
Plaintiffs' Motion to Exclude Robert Klein [DE 96] — Denied as moot

Case continued to _____ Time _____ For _____

Plaintiff's Motion in Limine to Permit Offsite Inspection of Certain Furniture Products [DE 147] — Granted — Plaintiff to provide shuttle for Jury transportation
Written Order on remaining pending Motions to follow