UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:10-61532-CIV (Cohn/Seltzer)

| | |
|---|---|
| HABERSHAM PLANTATION CORPORATION AND HABERSHAM INVESTMENT PARTNERSHIP, L.P., | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| ART & FRAME DIRECT, INC., WORLD OF DÉCOR, INC., THE LIQUIDATION STATION, INC., GLOBAL IMPORTING, INC., WORLD OF DÉCOR BLUE HERON, LLC, CLOSING FOREVER, LLC, DECORATOR'S RESERVE, INC., ART & FRAME DIRECT/TIMELESS INDUSTRIES, INC. AND WORLD OF DÉCOR, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER GRANTING UNOPPOSED MOTION TO ACCESS THE
COURTHOUSE WITH ELECTRONIC DEVICES**

THIS CAUSE having come before the Court upon Defendants' Unopposed Motion to Access the Courthouse with Electronic Devices ("Motion") [D.E. 190], and the Court having considered the Motion and being otherwise advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion [D.E. 190] is hereby GRANTED. It is:

FURTHER ORDERED AND ADJUDGED that the U.S. Marshall shall allow Counsel for the Defendants, Keith D. Munson, Robert D. Mason, Jr., and/or Jacob Wharton, along with their computer equipment technician, Nick Nolan, and paralegal, Victoria Sharpe, to enter the Courthouse at 299 East Broward Boulevard, Fort Lauderdale, Florida, with the following electronic devices for the trial of the above referenced civil action beginning on

September 19, 2011 at 8:30 a.m. and continuing until September 23, 2011 at 6:00 p.m., or the conclusion of the trial:

1. Up to four laptop computers, mouses, cases and power supplies: Models Lenovo Thinkpads, Ser## L3BXK4N, L3BXK4D, R9APHT, and R8TKMKD;

2. Two external hardrives: (1) Western Digital "My Passport" Ser#WXF1A1199506 and (2) Lenovo Thinkpad eSATA/USB SHD 500GB Ser#000537;

3. One switch box (for blank screen capability);

4. Three external jump drives;

5. Two small VGA cables to connect to the court's system; and

6. Cell phones/Blackberry/PDA Devices.

A copy of this Order will be forwarded to the office of the United States Marshall.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of September, 2011.

James I. Cohn
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
Counsel of Record
Magistrate Judge Barry S. Seltzer
U.S. Marshall